IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



FILED
FEB 3 2012
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

ORETHA B. MCINNIS,

    Plaintiff,

v.                                    CIVIL ACTION NO. 2:11cv468

BAC HOME LOAN SERVICING, LP,

RECONTRUST COMPANY, N.A., and

ALG TRUSTEE, L.L.C.,
*as Substitute Trustee*

    Defendants.

## ORDER

Before the Court are Defendants' Motions to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). On October 5, 2011, this matter was referred to the Honorable United States Magistrate Judge Tommy E. Miller ("Magistrate Judge Miller") pursuant to the provisions of 28 U.S.C. Section 636(b)(1)(B) and Rule 72(b) of the Federal Rules of Civil Procedure for a report and recommendation.

On January 13, 2012, Magistrate Judge Miller filed his report recommending that Defendants' Motions to Dismiss be GRANTED. By copy of the report, each party was advised of their right to file written objections to the findings and recommendations made by the Magistrate Judge within 14 days from the date of the mailing of Magistrate Judge Miller's report. The Court has received no objections to the report and the time for filing the same has expired.

The Court does hereby accept the findings and recommendations set forth in the report of Magistrate Judge Miller.

Accordingly, it is **ORDERED** that Defendants' Motions to Dismiss are **GRANTED.**

This case is hereby **DISMISSED** with prejudice.

The Clerk shall mail a copy of this final Order to counsel for both parties.

**IT IS SO ORDERED.**

Raymond A. Jackson
United States District Judge

Norfolk, Virginia
February 3, 2012